Doc#: 45344 Bk:28938 Pg: 266

DocID# 1922262909117817

Property Address:
27 Milliken Rd
Scarborough, ME 04074-8989
ME0-AM 14558524   8/25/2011

This space for Recorder's use

Recording Requested By:
**Bank of America**
Prepared By:
**Aida Duenas**
888-603-9011
450 E. Boundary St.
Chapin, SC 29036

When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

MIN #:  1   MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **400 NATIONAL WAY, SIMI VALLEY, CA 93065** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:       **TAYLOR, BEAN & WHITAKER MORTGAGE CORP.**
Borrower(s):           **ROXANE M. GIONEST**
Date of Mortgage:      **11/7/2008**
Original Loan Amount:  **$181,632.00**

Recorded in **Cumberland County, ME** on: **11/17/2008**, book **26457**, page **106** and instrument number **64039**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on _08·27·11_

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Kathy Oriard, Assistant Secretary

State of **California**
County of **Ventura**

On _8/27/2011_ before me, _Wendy L. Lau_, Notary Public, personally appeared **Kathy Oriard**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _Wendy L. Lau_
My Commission Expires: _May 2, 2012_     (Seal)

WENDY L. LAU
COMM. # 1794900
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 2, 2012

Received
Recorded Register of Deeds
Sep 06,2011 11:05:27A
Cumberland County
Pamela E. Lovley

**PLAINTIFF'S EXHIBIT D**