Doc#: 35375 Bk:32444 Pg: 231

Received
Recorded Register of Deeds
Jul 21,2015 11:12:04A
Cumberland County
Nancy A. Lane

RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

**Assignment of Mortgage**    Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063 (Assignor) by these presents does assign and set over, without recourse, to CARRINGTON MORTGAGE SERVICES, LLC 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by ROXANE M GIONEST to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS) AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP. ITS SUCCESSORS AND ASSIGNS.   Said mortgage Dated: 11/7/2008 is recorded in the State of ME, County of Cumberland on 11/17/2008, Book 26457 Page 106 Instrument # 64039 AMOUNT: $ 181,632.00    TOWN OF SCARBOROUGH Property Address: 27 MILLIKEN ROAD, SCARBOROUGH, ME 04074

GIONEST   YNS *15077816*

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: 7-2-2015

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP BY CARRINGTON MORTGAGE SERVICES, LLC AS ATTORNEY-IN-FACT

By: _____
Chris Lechtanski, AVP of Default

Witness: Raschelle Holmes

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of CA   County of Orange
On 7/2/2015 before me, W. Solano, Notary Public, personally appeared Chris Lechtanski, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

W. Sol___
Notary public, W. Solano
My commission expires: 7-10-18

W. SOLANO
COMM. # 2071244
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES JULY 10, 2018

ME Cumberland

6000010102
CMS/BIC4-16-15/AOM/M


PLAINTIFF'S EXHIBIT E