Doc#:     32056 Bk:33244 Pg:    68

## Quitclaim Assignment

WHEREAS, **Taylor, Bean & Whitaker Mortgage Corp.**, is identified as the "Lender" on a certain mortgage executed by Roxane M. Gionest, and bearing the date of the November 7, 2008, securing the property located at 27 Milliken Road, Scarborough, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in **Book 26457, Page 106** (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Carrington Mortgage Services, LLC ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

**Carrington Mortgage Services, LLC, as attorney-in-fact for Government National Mortgage Association for Taylor, Bean & Whitaker Mortgage Corp.**

_signature_   6/17/16

Elizabeth Gonzales
Default Document, Teamlead

STATE OF _____

COUNTY OF _____    )

Subscribed before me, on _____, 2016, by _____ as _____. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public
My Commission expires:

See Attached

**PLAINTIFF'S EXHIBIT F**

Doc#:   32056 Bk:33244 Pg:   69

| | |
|---|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. | # CALIFORNIA JURAT |

State of California

County of Orange

Subscribed and sworn to (or affirmed) before me on this __17__ day of __June__ 2016, by __Elizabeth Gonzales__, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Signature

WHENY WULANDARI
Commission # 2045861
Notary Public - California
Orange County
My Comm. Expires Oct 17, 2017

## OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

quitclaim ADM
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages __1__   Document Date __6/17/2016__

_____
(Additional information)

**INSTRUCTIONS FOR COMPLETING THIS FORM**

The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

Received
Recorded Register of Deeds
Jul 01,2016 12:19:02P
Cumberland County
Nancy A. Lane