# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday – Friday 9 am – 4 pm
www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

July 22, 2016

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED AND
REGULAR MAIL

Roxane M. Gionest
27 Milliken Road
Scarborough, ME 04074

**Certified Article Number**
9414 7266 9904 2053 3294 16
**SENDERS RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:   Property Address:   27 Milliken Road, Scarborough, ME 04074
      Loan Number:
      Payment Due Date:   January 1, 2014

Dear Roxane M. Gionest:

Carrington Mortgage Services, LLC is the Servicer of the above-referenced loan. This letter is being sent by Doonan, Graves & Longoria, LLC, as agent for the servicer and mortgagee. Your loan is thirty-one (31) months in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note; and Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp. its successors and assigns dated November 7, 2008 and recorded in the Cumberland County Registry of Deeds in Book 26457, Page 106. This firm is relying on information provided by the Servicer. *If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.*

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:


PLAINTIFF'S EXHIBIT H

| | | |
|---|---|---|
| 10 Payments @ $1,546.47 | $ | 15,464.70 |
| 3 Payments @ $1,524.26 | $ | 4,572.78 |
| 12 Payments @ $1,530.86 | $ | 18,370.32 |
| 6 Payments @ $1,536.89 | $ | 9,221.34 |
| Fees | $ | 1505.00 |
| Suspense | $ | -76.51 |
| Attorney Fees & Costs | $ | 890.00 |
| **TOTAL TO CURE DEFAULT:** | $ | 49,947.63 |

The total amount due does not include any amounts that become due after the date of the notice.

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: TransCentra, Carrington – BOX 79001, 1820 E. Sky Harbor Circle South, Suite 150, Phoenix, AZ 85034. Please include the loan number, borrower's name and property address on your check. If the default is not cured within this time-frame, Carrington Mortgage Services, LLC shall exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. Please contact Carrington Mortgage Services, LLC at (800) 561-4567 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have Carrington Mortgage Services, LLC's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Carrington Mortgage Services, LLC, the mortgage servicer, which is Carrington Mortgage Services, LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Government National Mortgage Association is the owner/investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Carrington Mortgage Services, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Carrington Mortgage Services, LLC
Loan Retention Department
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
800-561-4567

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Carrington Mortgage Services, LLC
by its attorney,

John A. Doonan, Esq.

JAD/jg
cc:   Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

This listing is current as of **07/05/2016**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Spanish
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82627

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**

**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Counseling Services:**
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.tedfordhousing.org
**Agency ID:** 83465

---

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 A Church St
East Wilton, Maine 04234-0200
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://wmca.org
**Agency ID:** 83649

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:**
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
Lewiston, Maine 04240-7330
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops

```
                          - Pre-purchase Counseling
                          - Pre-purchase Homebuyer Education Workshops
                          - Predatory Lending Education Workshops
                          - Rental Housing Counseling
            Languages: - English
                          - French
            Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
               Website: www.community-concepts.org
             Agency ID: 81580
```

```
           Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
                 Phone: 207-866-6572
             Toll Free:
                   Fax: 207-866-6553
                 Email: janderson@fourdirectionsmaine.org
               Address: 20 Godfrey Drive
                          ORONO, Maine 04473-3610
   Counseling Services: - Financial Management/Budget Counseling
                          - Non-Delinquency Post Purchase Workshops
                          - Pre-purchase Counseling
                          - Pre-purchase Homebuyer Education Workshops
                          - Predatory Lending Education Workshops
             Languages: - English
            Affiliation: MAINE STATE HOUSING AUTHORITY
               Website: www.fourdirectionsmaine.org
             Agency ID: 03879
```

```
           Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
                 Phone: 207-553-7780-3347
             Toll Free: 800-339-6516
                   Fax: 207-553-7778
                 Email: ndigeronimo@avestahousing.org
               Address: 307 Cumberland Avenue
                          PORTLAND, Maine 04101-4920
   Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                          - Financial Management/Budget Counseling
                          - Financial, Budgeting, and Credit Workshops
                          - Mortgage Delinquency and Default Resolution Counseling
                          - Non-Delinquency Post Purchase Workshops
                          - Pre-purchase Counseling
                          - Pre-purchase Homebuyer Education Workshops
                          - Predatory Lending Education Workshops
                          - Rental Housing Counseling
                          - Resolving/Preventing Mortgage Delinquency Workshops
             Languages: - English
            Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
               Website: www.avestahousing.org
             Agency ID: 81144
```

```
           Agency Name: CITY OF PORTLAND SHELTER
                 Phone: 207-482-5131
             Toll Free:
                   Fax:
                 Email:
               Address: 196 Lancaster Street
                          PORTLAND, Maine 04101-2418
   Counseling Services: - Financial Management/Budget Counseling
                          - Services for Homeless Counseling
             Languages: - English
            Affiliation: MAINE STATE HOUSING AUTHORITY
               Website: n/a
             Agency ID: 81720
```

```
           Agency Name: COMMUNITY FINANCIAL LITERACY
                 Phone: 207-797-7890
             Toll Free:
                   Fax:
                 Email: crwaganje@cflmaine.org
               Address: 309 Cumberland Avenue, Suite 205
                          PORTLAND, Maine 04101-4982
   Counseling Services: - Financial Management/Budget Counseling
             Languages: - English
                          - French
                          - Swahili
            Affiliation: MAINE STATE HOUSING AUTHORITY
```

**Website:** www.cflme.org
**Agency ID:** 80649

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** English
- Spanish

**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

---

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nhcald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- Arabic
- ASL
- Cambodian
- Cantonese
- Chinese Mandarin
- Creole
- Czech
- English
- Farsi
- French
- Hindi
- Hmong
- Indonesian
- Korean
- Polish
- Portuguese
- Russian
- Spanish
- Swahili
- Turkish
- Ukrainian
- Vietnamese

**Affiliation:**
**Website:** http://www.ptla.org
**Agency ID:** 80635

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
Services for Homeless Counseling
**Languages:** - English
- French
- German
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1545
**Toll Free:** 800-542-8227
**Fax:** 207-873-3812
**Email:** monicag@kvcap.org
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

**Janice Geier**

| | |
|---|---|
| From: | Nobody <nobody@informe.org> |
| Sent: | Friday, July 22, 2016 8:36 AM |
| To: | Janice Geier |
| Subject: | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Investor What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:jg@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Carrington Mortgage Services, LLC Home Retention Department
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
(800) 561-4567


-----
Consumer Information
-----

Consumer First name:Roxane
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Gionest
Consumer Suffix:
Property Address line 1:27 Milliken Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Scarborough
Property Address State:
Property Address zip code:04074
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:7/22/2016
Amount needed to cure the default:49,947.63 Consumer Address line 1:27 Milliken Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Scarborough
Consumer Address State:ME
Consumer Address zip code:04074

1

9414 7266 9904 2053 3294 16

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type  CERTIFIED MAIL®
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1  Article Addressed to:

Roxane M. Gionest
2 Milliken Road
Scarborough, ME 04074

JG 52460 Gionest

[Postmark: SMCU REGISTRY SECTION SCARBOROUGH ME 04074 JUL 25 2016 USPS]

PS Form 3811, January 2005        Domestic Return Receipt