UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:16-cv-00534-NT

| | |
|---|---|
| Carrington Mortgage Services, LLC <br><br> **Plaintiff** <br><br> vs. <br><br> Roxane M. Gionest <br><br> **Defendant** | RE: <br> 27 Milliken Road, Scarborough, ME 04074 <br><br> Mortgage: <br> 11/07/2008 <br> Book 26457, Page 106 |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

I. **Corporate Disclosure**

Plaintiff, Carrington Mortgage Services, LLC, is a Delaware limited liability company that is wholly-owned by Carrington Mortgage Holdings, LLC.

Carrington Mortgage Holdings, LLC is a Delaware limited liability company that is 99.5% owned by Carrington Holding Company, LLC and 0.5% owned by a private individual.

Carrington Holding Company, LLC is wholly-owned by The Carrington Companies, LLC, a Delaware limited liability company. The Carrington Companies, LLC is 99.5% owned by a private individual and 0.5% owned by a private individual.

There are no publicly-held corporations holding stock in the amount of 10% or more in The Carrington Companies, LLC.

Carrington Mortgage Services, LLC has no merger agreement with any publicly-held corporation.

**I. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves, and Longoria, LLC- counsel for Plaintiff
John A. Doonan, Esq. – counsel for Plaintiff
Carrington Mortgage Services, LLC–Plaintiff
Carrington Mortgage Holdings, LLC- owner of Carrington Mortgage Services, LLC
Carrington Holding Company, LLC- owner of Carrington Mortgage Holdings, LLC
The Carrington Companies, LLC- owner of Carrington Holding Company, LLC
Roxane M. Gionest- Defendant

Dated:  October 27, 2016                /s/John A. Doonan, Esq.
                                        John A. Doonan, Esq., Bar No.: 3250
                                        Attorney for Plaintiff
                                        Doonan, Graves & Longoria, LLC
                                        100 Cummings Center, Suite 225D
                                        Beverly, MA 01915

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on October 27, 2016 I served a copy of the above document by regular mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250

Roxane M. Gionest
27 Milliken Road
Scarborough, ME 04074