## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE<br>SERVICES, LLC | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) 2:16-cv-534-NT |
| ROXANE M. GIONEST, | ) <br> ) |
| Defendant. | ) |

## ORDER

A telephonic case management conference was held on May 22, 2018. Attorney John M. Ney, Jr., appeared for the Plaintiff Carrington Mortgage Services, LLC, and Attorney Joseph L. Goodman appeared for the Defendant Roxane M. Gionest.

For the reasons stated on the record, it is ORDERED that an evidentiary hearing on the Court's May 9, 2018, Show Cause Order shall be held on July 24, 2018, at 10:00 a.m.

**SO ORDERED.**

**Dated: May 23, 2018**

_____/s/ JON D. LEVY_____
**U.S. DISTRICT JUDGE**