UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Carrington Mortgage Services, LLC**
   **Plaintiff**

    vs.

**Roxane M. Gionest**
   **Defendant**

CIVIL ACTION NO. 2:16-cv-00534-NT

### DEFENDANT'S TRIAL BRIEF

NOW COMES, the Defendant, Roxane M. Gionest, by and through her undersigned counsel, who pursuant to the Court's Amended Scheduling Order, respectfully submits the following Trial Brief:

This matter involves a five count Complaint filed by the Plaintiff, Carrington Mortgage Services, LLC, against the Defendant as follows: Count I- Foreclosure; Count II- Breach of Note; Count III- Breach of Contract, Money Had and Received; Count IV- Quantum Meriut; and Count V- Unjust Enrichment.

The property that is the subject matter of this foreclosure action is the Defendant's primary residence.

In order to prevail in foreclosure, the Courts in the State of Maine have outlined eight elements of proof that are you required to support a Judgment of Foreclosure. According to *Bank of America, N.A. v. Scott A. Greenleaf, et al.* 2014 ME 89, the elements of proof to support a Judgment of Foreclosure are as follows:

- the existence of the mortgage, including the book and page number of the mortgage, and an adequate description of the

- mortgaged premises, including the street address, if any;

- properly presented proof of ownership of the mortgage note and [evidence of the mortgage note and] the mortgage, including all assignments and endorsements of the note and mortgage; [12]

- a breach of condition in the mortgage;

- the amount due on the mortgage note, including any reasonable attorney fees and court costs;

- the order of priority and any amounts that may be due to other parties in interest, including any public utility easements;

- evidence of properly served notice of default and mortgagor's right to cure in compliance with statutory requirements;

- after January 1, 2010, proof of completed mediation (or waiver or default of mediation), when required, pursuant to the statewide foreclosure diversion program rules; and

- if the homeowner has not appeared in the proceeding, a statement, with a supporting affidavit, of whether or not the defendant is in military service in accordance with the Servicemembers Civil Relief Act. *Id. at 12, 13.*

The burden of proof in this matter rests entirely on the Plaintiff. The Defendant, at this time, does not anticipate presenting any evidence.

The Defendant is unable to specify further specific defenses until such time as the Plaintiff proffers evidence to support its claim.

Defendant anticipates that Defendant will assert any and all Affirmative Defenses that are available to the Defendant in a foreclosure action in the State of Maine.

The Defendant also expects to challenge the admissibility of certain evidence proffered by the Plaintiff pursuant to the Rules of Evidence.

Dated at Portland, Maine this 29th day of May, 2019.

/s/ Joseph L. Goodman, Esq.
Joseph L. Goodman, Esq.
Bar No. 7472
The Goodman Law Firm, P.A.
1 Dana Street, 4th Floor
P.O. Box 7523
Portland, ME 04112
(207) 775-4335
joe@goodmanlawfirm.com

Counsel for Defendant,
Roxane Gionest (Haynes)

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Carrington Mortgage Services, LLC**<br>**Plaintiff**<br><br>vs.<br><br>**Roxane M. Gionest**<br>**Defendant** | CERTIFICATE OF SERVICE<br><br>CIVIL ACTION NO.: 2:16-cv-00534-NT |

I, Joseph L. Goodman, Esq., the attorney for the above-named Defendant, hereby certify that copies of the following documents have been served by first class mail, postage prepaid, or electronically by this Court's ECF system, as specified below, on this day upon the following parties:

Documents served:

1. Defendant's Trial Brief

Parties served electronically by ECF email:
Ernest Wagner, Esq.

John M. Ney, Jr., Esq.

*All other parties listed on the ECF Notice of Electronic Filing as being served electronically.*

Parties served by U.S. Mail:
Roxane Gionest
27 Milliken Rd.
Scarborough, ME 04074

Dated at Portland, Maine this 29th day of May, 2019.

/s/ Joseph L. Goodman
Joseph L. Goodman
Bar No. 7472
The Goodman Law Firm, P.A.
1 Dana Street, 4th Floor
P.O. Box 7523
Portland, ME 04112
(207) 775-4335
joe@goodmanlawfirm.com

Counsel for Defendant,
Roxane Gionest (Haynes)