# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ROXANE M. GIONEST )<br>)<br>Defendant. ) | No. 2:16-cv-00534-NT |

## NOTICE OF APPEARANCE

Please enter the appearance of Brett L. Messinger of the firm of Duane Morris LLP on behalf of Plaintiff Carrington Mortgage Services LLC ("*Plaintiff*").

Dated: May 29, 2019                                             Respectfully submitted,

By      /s/ Brett L. Messinger
Brett L. Messinger
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Phone (215) 979-1508
Email: blmessinger@duanemorris.com

*Attorneys for Carrington Mortgage Services LLC*