UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: Carrington Mortgage Services LLC v. Roxane M. Gionest

DOCKET NO: 2:16-cv-00534-NT

# Exhibit List

| Pl Exh No. | Dft Exh No. | Court Exhib No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Warranty Deed | | | | |
| 2 | | | Promissory Note | | | | |
| 3 | | | Mortgage | | | | |
| 4 | | | Assignment of Mortgage to Bank of America, N.A. | | | | |
| 5 | | | Assignment of Mortgage to Carrington Mortgage Services, LLC | | | | |
| 6 | | | Power of Attorney for Assignment of Mortgage to Carrington Mortgage Services, LLC | | | | |
| 7 | | | Quitclaim Assignment to Carrington Mortgage Services, LLC | | | | |
| 8 | | | Power of Attorney for Quitclaim Assignment to Carrington Mortgage Services, LLC | | | | |
| 9 | | | Documentation evidencing authority of Government National Mortgage Association to act on behalf of Taylor, Bean & Whitaker Mortgage Corp. | | | | |
| 10 | | | Loan Modification Agreement dated January 5, 2012 | | | | |
| 11 | | | Loan Modification Agreement dated June 23, 2013 | | | | |
| 12 | | | Notice of Mortgagor's Right to Cure dated July 22, 2016 | | | | |
| 13 | | | Proof of Mailing for Notice of Mortgagor's Right to Cure dated July 22, 2016 | | | | |
| 14 | | | Bank of America payment history | | | | |
| 15 | | | Carrington Mortgage Services payment history | | | | |
| 16 | | | Judgment figures | | | | |
| | | | | | | | |

DM1\9651477.1