# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVICES LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00534-NT |
| | ) | |
| | ) | |
| ROXANE M. GIONEST | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S AMENDED WITNESS LIST

Pursuant to the Report of Final Pretrial Conference and Order dated May 3, 2019 and this Court's May 30, 2019 and May 31, 2019 Orders, Plaintiff Carrington Mortgage Services LLC ("*Plaintiff*") hereby files its Amended Witness List as set forth below, identifying the witness who will testify on behalf of Bank of America, N.A.:

1. Demetris Dansby:

    a. Address: c/o Carrington Mortgage Services LLC, 6200 Tennyson Parkway, Plano, TX 75024

    b. Nature of Testimony: Fact Witness

    c. General Subject Matter of Testimony: Knowledge of the records of this matter created and maintained by Carrington Mortgage Services LLC in the ordinary course of business and damages.

    d. Estimated time required for direct examination: 1 hour

2. Jessica Woodbridge:

    a. Address: c/o Bank Of America, N.A., US Steel Tower, 600 Grant Street, 53rd Floor, Pittsburgh PA 15219

b. Nature of Testimony: Fact Witness

c. General Subject Matter of Testimony: Knowledge of the records of this matter created and maintained by Bank of America, N.A. in the ordinary course of business.

d. Estimated time required for direct examination: 1 hour

3. John Doonan

   a. Address: c/o Doonan, Graves, Longoria, LLC, 100 Cummings Center, Suite 225 D, Beverly, MA 01915

   b. Nature of Testimony: Fact Witness

   c. General Subject Matter of Testimony: Knowledge of the records of this matter created and maintained by the law firm of Doonan, Graves & Longoria, LLC in the ordinary course of business and the mailing of the notice of default.

   d. Estimated time required for direct examination: 30 minutes

4. Reneau Longoria

   a. Address: c/o Doonan, Graves, Longoria, LLC, 100 Cummings Center, Suite 225 D, Beverly, MA 01915

   b. Nature of Testimony: Fact Witness

   c. General Subject Matter of Testimony: Knowledge of the records of this matter created and maintained by the law firm of Doonan, Graves & Longoria, LLC in the ordinary course of business and the mailing of the notice of default.

   d. Estimated time required for direct examination: 30 minutes

5. Roxane M. Gionest

   a. Address: 27 Milliken Road, Scarborough, Maine

b. Nature of Testimony: Fact Witness

c. General Subject Matter of Testimony: Knowledge of the origination and history of the loan transaction at issue

d. Estimated time required for direct examination: 1 hour

Dated: May 31, 2019 Respectfully submitted,

By /s/ Elizabeth M. Lacombe
Elizabeth M. Lacombe
**DUANE MORRIS LLP**
100 Pearl Street, Suite 1415
Hartford, CT 06103
Phone (215) 979-1577
Email: emlacombe@duanemorris.com

and

Brett L. Messinger
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Phone (215) 979-1508
Email: blmessinger@duanemorris.com

*Attorneys for Carrington Mortgage Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-cv-00534-NT |
| ) | |
| ) | |
| ROXANE M. GIONEST ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Elizabeth M. Lacombe, hereby certify that a copy of foregoing was filed electronically through the ECF system and will be sent electronically to any registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants on May 31, 2019.

Dated: May 31, 2019     By:     /s/ Elizabeth M. Lacombe
                                Elizabeth M. Lacombe
                                **DUANE MORRIS LLP**
                                100 Pearl Street, Suite 1415
                                Hartford, CT 06103
                                Phone (215) 979-1577
                                Email: emlacombe@duanemorris.com