WHEN RECORDED MAIL TO:
**HOME RETENTION RECORDING DEPT.**
**Attn: Ramona Tongdee**
Bank of America, NA
1001 Liberty Ave, SUITE 675
Pittsburgh, PA 15222
866.325.7046 / 412.325.7046

Doc#: 26420 Bk:30632 Pg: 167

Rachel Anderson
Loan #



---------- FOR INTERNAL USE ONLY ----------

## LOAN MODIFICATION AGREEMENT
### (Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 5th day of January 2012, between ROXANE GIONEST, and Bank of America, N.A. (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 7th day of November 2008 and in the amount of $181,632.00 and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the 'Property', located at 27 MILLIKEN ROAD, SCARBOROUGH, ME 4074.

Prev rec info 11/17/2008 inst # 64039

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of March 2012, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $184,639.44 consisting of the amount(s) loaned to the Borrower by the Lender which may include, are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of 6.375% from the 1st day of February 2012. The Borrower promises to make monthly payments of principal and interest of U.S. $1,198.52 beginning on the 1st day of March 2012, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on the 1st day of December 2038 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

3. The Borrower will make such payments at PO Box 515503, Los Angeles, CA 90051-6803 or at such other place as the Lender may require.

4. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

5. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing

_Roxane Gionest_        01/17/12
ROXANE GIONEST        Dated

EVELYN E. EMMONS
Notary Public, Maine
My Commission Expires September 20, 2012

STATE OF Maine
COUNTY OF Cumberland
On 1-17-12 Before _____
Notary Public, personally appeared Roxane Gionest
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal. _Evelyn Emmons_
Signature

Bank of America, N.A.      SEAL      **PLAINTIFF'S EXHIBIT G**      Page 1 of 3

....................................................................................................

Bank of America, N.A.

By: _____   Dated: 1-17-12

STATE OF Maine
COUNTY OF Cumberland
On 1-17-12 Before _____
Notary Public, personally appeared Roxane Gionest

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Evelyn Emmons
Signature

SEAL

**DO NOT WRITE BELOW THIS LINE.**
*************************************************************************
THIS SECTION IS FOR INTERNAL USE ONLY

Bank of America, N.A., for itself or as successor by merger to BAC Home Loans Servicing, LP
By: Urban Settlement Services, LLC, its attorney in fact

By: _____  Dated: MAR 2 6 2013

Name: STEPHANIE CASILLAS
Title: ASSISTANT SECRETARY

_____[Space below this line for Acknowledgement]_____

STATE OF COLORADO
COUNTY OF BROOMFIELD

On 3/26/13 before Me, SUSAN THAO Notary Public, personally appeared STEPHANIE CASILLAS personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

_____ Notary Signature
SUSAN THAO _____ Notary Public Printed Name Please Seal Here
DECEMBER 27, 2015 _____ Notary Public Commission Expiration Date



SUSAN THAO
NOTARY PUBLIC, STATE OF COLORADO
My Comm. Expires December 27, 2015

A certain lot or parcel of land with the buildings hereon, situated on the northeasterly side of the Milliken Road in the Town of Scarborough, County of Cumberland and State of Maine, bounded and described as follows:

Beginning on said Milliken Road at a stake one hundred (100) feet southeasterly from the southeasterly corner of land conveyed by Carleton L Richardson, Trustee, to Harry E. Gwinn, Jr., by deed dated July 14, 1960; thence northeasterly at right angles with said Milliken Road two hundred eighty (280) feet to land of the State of Maine; thence northwesterly along said State of Maine land eighty-five (85) feet to an iron; thence westerly, with an included angle of 60 degrees, one hundred forty-seven and five-tenths (147.5) feet to an iron; thence northwesterly, with an included angle of 255 degrees 50', seventy-nine and five-tenths (79.5) feet to an iron; thence southwesterly, with an included angle of 174 degrees 20', two hundred twenty-two and eight-tenths (222.8) feet to an iron at the northerly side line of Milliken Road; thence southeasterly along said northerly side line of Milliken Road one hundred (100) feet to the point of beginning.

Being the same premises conveyed to me by Maurice J. Tourigny and Marie M. Tourigny by deed dated July 22, 1966 and recorded in Cumberland County Registry of Deeds in Book 2966, Page 676.

Also, another certain lot or parcel of land situated on the northeasterly side of Milliken Road in the Town of Scarborough, County of Cumberland and State of Maine, bounded and described as follows:

Beginning on the northeasterly sideline of Milliken Road at the southerly corner of land conveyed by Maurice J. Tourigny, et al. to Paul A. Ouellette by deed dated July 22, 1966 and recorded in the Cumberland County Registry of Deeds in Book 2966, Page 676. thence southeasterly by Milliken Road one hundred (100) feet to a point; thence northeasterly at right angles with Milliken Road one hundred eight feet, more or less, to land of the State of Maine; thence northwesterly by said land of the State of Maine, forty-two (42) feet, more or less, to a stake at an angle in said sideline; thence northeasterly by said land of the State of Maine to an angle in the line of said Ouellette land; thence southwesterly by said Ouellette land two hundred eighty (280) feet to the point of beginning.

Being the same premises conveyed to me by Andrew R. Gedaro by deed dated May 10, 1979 and recorded in said Registry of Deeds in Book 4467, Page 31.

Received
Recorded Register of Deeds
May 10, 2013 09:56:11A
Cumberland County
Pamela E. Lovley