# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Carrington Mortgage Services, LLC**<br>**Plaintiff**<br><br>**vs.**<br><br>**Roxane M. Gionest**<br>**Defendant** | **CIVIL ACTION NO. 2:16-cv-00534-NT** |

## DEFENDANT'S MOTION TO CONTINUE TRIAL AND STAY LITIGATION

NOW COMES, the Defendant, Roxane M. Gionest, by and through her undersigned counsel, hereby requests that this Honorable Court continue the Trial currently scheduled for June 25, 2019 at 8:30 a.m. and stay the litigation in this matter. In support of this Motion, Defendant states as follows:

1. The Trial in this matter is scheduled for June 25, 2019 at 8:30 a.m.

2. Undersigned counsel will be unavailable on this date and time as he has experienced a personal medical emergency that requires surgery followed by a period of intensive rehabilitation. Post-surgery rehabilitation is expected to last eight weeks.

3. As a result of undersigned counsel's need for emergency surgery and intensive rehabilitation, Defendant is also seeking to stay the litigation for eight weeks.

4. Undersigned counsel's office contacted counsel for Plaintiff and Elizabeth M. Lacombe, Esq., counsel for Plaintiff, who stated that she does not object to the relief requested in this Motion.

WHEREFORE, the Defendant requests that this Honorable Court continue the Trial currently scheduled for June 25, 2019 at 8:30 a.m. and stay the litigation in this matter and for such other and further relief as this Court deems just and proper.

Dated at Portland, Maine this 18th day of June, 2019.

/s/ Joseph L. Goodman, Esq.
Joseph L. Goodman, Esq./DLV
Bar No. 7472
The Goodman Law Firm, P.A.
1 Dana Street, 4th Floor
P.O. Box 7523
Portland, ME 04112
(207) 775-4335
joe@goodmanlawfirm.com

Counsel for Defendant,
Roxane Gionest (Haynes)

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Carrington Mortgage Services, LLC**<br>**Plaintiff**<br><br>vs.<br><br>**Roxane M. Gionest**<br>**Defendant** | **CERTIFICATE OF SERVICE**<br><br>**CIVIL ACTION NO.: 2:16-cv-00534-NT** |

I, Joseph L. Goodman, Esq., the attorney for the above-named Defendant, hereby certify that copies of the following documents have been served by first class mail, postage prepaid, or electronically by this Court's ECF system, as specified below, on this day upon the following parties:

Documents served:

1. Defendant's Motion to Continue Trial and Stay Litigation

Parties served electronically by ECF email:

Brett L. Messinger, Esq.

Elizabeth M. Lacombe, Esq.

Ernest Wagner, Esq.

John M. Ney, Jr., Esq.

*All other parties listed on the ECF Notice of Electronic Filing as being served electronically.*

Parties served by U.S. Mail:

Roxane Gionest
27 Milliken Rd.
Scarborough, ME 04074

Dated at Portland, Maine this 18th day of June, 2019.

/s/ Joseph L. Goodman
Joseph L. Goodman/DLV
Bar No. 7472
The Goodman Law Firm, P.A.
1 Dana Street, 4th Floor
P.O. Box 7523
Portland, ME 04112

(207) 775-4335
joe@goodmanlawfirm.com

Counsel for Defendant,
Roxane Gionest (Haynes)