UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2020 APR 21  P 3: 04

DEPUTY CLERK

| CARRINGTON MORTGAGE SERVICES LLC, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:16-cv-00534-NT |
| | ) | |
| ROXANE M. GIONEST, | ) | |
| Defendant | ) | |

## EXECUTION

TO THE U.S. MARSHAL FOR THE DISTRICT OF MAINE OR ANY OF HIS DEPUTIES:

Whereas said plaintiff on March 20, 2020 recovered judgment in the U.S. District Court for the District of Maine, against said defendant in this action for the sum of $275,258.78 in debt or damage, plus interest accruing under the note as allowed by law, as appears of record, whereof execution remains to be done.

We command you that of the goods, chattels, or lands of said defendant within your precinct you cause to be paid and satisfied unto the said plaintiff at the value thereof in money the aforesaid sum of $275,258.78, plus interest accruing under the note as allowed by law, from the aforesaid date of judgment, together with costs as taxed, and thereof also satisfy yourself of your own fees, and make return of this writ with your doing thereon within one year from the date hereof.

DATED: April 21, 2020                CHRISTA K. BERRY, CLERK

A TRUE COPY
ATTEST Christa K. Berry, Clerk
By: Teagan Synder
Deputy Clerk

By: _Teagan Synder_
Teagan Synder
Case Manager